Kirt Allen Esthay
TDCJ No 1919078
3060 F.M. 3514
Beaumont, TX 77705

APPeal No. 03-14-00313-CR

Ms. Louise Pearson, Clerk. Trial, No. DAS-13-01849
Court of Criminal APPeals
P.o. Box 12308
Austin, TX 78711

APril, 27, 2014

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 0 1 2015

Abel Acosta, Clerk

Dear Ms Pearson
        I am writting to ask "if You did File"
my moTion For Extension of time to file
my Petition For Discretionary Review
Case No, 03-14-00313-CR out of case No, DAS-13-01849

                                            RespecTfully
                                            Kirt Allen Esthay
                                            APPellanT Pro SE